# MEMORANDUM DECISIONS.

ABRAMOWITZ v. FELDMAN. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by Louis Abramowitz against Frank Feldman. No opinion. Motion granted, with $10 costs. Order filed.

ACKERMAN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 28, 1907.) Action by Elihu Ackerman against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to the appellant to abide event. Held, that the questions of sui juris and contributory negligence were for the jury, and not for the court.

McLENNAN, P. J., dissents. ROBSON, J., not sitting.

ADLIN, Appellant, v. EXCELSIOR BRICK CO. OF HAVERSTRAW et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Minnie Adlin, as administratrix, etc., of Elimelech Adlin, deceased, against the Excelsior Brick Company of Haverstraw and others. No opinion. Appeal dismissed on argument, with $10 costs and disbursements.

AGNEW, Respondent, v. LATHAM, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Lee A. Agnew against Everett B. Latham, impleaded with others. R. E. Prime, for appellant. J. W. Osborne, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 105 N. Y. Supp. 366.

AGNEW, Respondent, v. LATHAM, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Lee A. Agnew against Everett B. Latham, impleaded with others. J. M. Stearns, for appellant. F. I. Osborne, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 105 N. Y. Supp. 366.

AIKMAN, Respondent, v. WAHNETAH SILK CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Charles M. Aikman against the Wahnetah Silk Company. No opinion. Judgment affirmed, with costs. See 96 N. Y. Supp. 1067.

ALCOLM CO. v. BACIGALUPO. (Supreme Court, Appellate Term. June 27, 1907.) Appeal

from Municipal Court, Borough of Manhattan, Second District. Action by the Alcolm Company against Charles Bacigalupo. From judgment for defendant, plaintiff appeals. Affirmed. Harry J. Sondheim, for appellant. David W. Rockmore, for respondent.

PER CURIAM. Plaintiff sues on two contracts for advertising, one for $40 and the other for $12. So far as the $40 contract is concerned, defendant admits that he signed it, but says that it had not been filled out when he signed it, and he signed it in blank, and that plaintiff's agent assured him it was only a $12 advertisement. Both contracts were partly printed and partly written. On the trial he says it was signed by his brother-in-law without authority, while he was in Europe. The court held the brother-in-law, who was a mere laboring man in defendant's employ, and not an agent, to be without authority to bind defendant, and excluded the contract. Plaintiff does not appear to have had any good reason for supposing that the brother-in-law had any such authority. It is conceded that defendant has paid on account $6. The justice gave judgment for plaintiff for $6, holding defendant liable on the $40 contract, signed by himself, to the extent only of $12, and allowing the $6 payment on that account, while holding defendant not liable on the $12 contract signed by his brother-in-law. We cannot say that this conclusion is not warranted by the proofs. Judgment affirmed, with costs.

ANDRES et al., Respondents, v. SCHAFER, Appellant. (Supreme Court, Appellate Division, First Department. May 24, 1907.) Action by Eugene C. Andres and another against Fritz J. Schafer. W. G. Morse, for appellant. E. F. McClennen, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

ANDREW JERGENS CO., Respondent, v. JOHN H. WOODBURY CO., Appellant. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by the Andrew Jergens Company against the John H. Woodbury Company. B. Patterson, for appellant. W. W. Pellet, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

APPLETON, Appellant, v. CITIZENS' CENT. NAT. BANK, Respondent. (Supreme Court, Appellate Division, First Department. May 24, 1907.) Action by R. Ross Appleton, receiver, against the Citizens' Central National Bank. J. W. Hutchinson, Jr., for appellant. J. A. Garver, for respondent.

PER CURIAM. Judgment affirmed, with costs, on opinion on former appeal. 101 N. Y. Supp. 1027. Order filed.

McLAUGHLIN, J., dissents on the ground